| | |
|---|---|
| 1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983** |
| 2 | Name  Huff           Richard         R.H |
| 3 |       (Last)            (First)         (Initial) |
| 4 | Prisoner Number  E-84710 |
| 5 | Institutional Address  Pelican Bay state prison, P.O. Box 7500 |
| 6 | Crescent City, ca 95531 |

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Richard C. Huff
(Enter the full name of plaintiff in this action.)

vs.

Robert A. Horel
(Enter the full name of the defendant(s) in this action)

Case No. **CV 08  0761**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

(PR)

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement  Pelican Bay state prison

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (✓)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. →

COMPLAINT                                      - 1 -

1. Informal appeal _I wasn't given a log number just a category number 2/9 my informal appeal was By passed 10-24-07_

2. First formal level _my formal level was By passed also 10-24-07 under imminent danger serious physical injury and safety concerns, 28 USC 1915(g)_

3. Second formal level _was never finish. I had my mother write the warden, and the Response letter was sent to me, stateing that my case was Being-_

4. Third formal level _investigated 12-12-07, I talked to the security investigation unit 1-17-08 Im still hear at pelican Bay in the hole awaiting therefer._

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. _Staff that I filed the grievance on isn't Responding. I've exhaust all my Remedies that they would let my exhaust, I've tried everything I could do._

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_HUFF, Richard_
_Pelican, Bay, State, Prison_
_P.O. Box 7500_
_Crescent City, Ca 95531_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_Robert A, Horel warden at pelican, Bay, state, prison_

COMPLAINT                    - 2 -

1  official position is to watch over the prison staff
2  and to make sure inmates are safe
3
4

5  III.   Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 my case is a safety concern case against Robert Herel
11 the warden of pelican Bay for not Responding to my safety issues
12 as soon as they where Brought to staff attention 10-4-07, I wasnt
13 sent to the hole for safety until 10-18-07, and im still awaiting
14 a transfer 1-20-08 as I write the claim that I have on pelican
15 Bay today under imminent danger of serious physical injury. my
16 safety concern info- wasn't taken until 1-17-08, in a interview,
17 I was informed By A mexican inmate named Lucky that I would
18 be stabbed 10-4-07 Because I told staff at Kern Valley State prison
19 Dec. 2nd that they where signel shareing and it followed me hear
20 at pelican Bay signel shareing is staff corruption sex acts and drugs
21 staff signel mexican inmates for other staff for certain purposes, my Life is
22 in danger when it comes to south side mexicans at pelican Bay.
23 IV.   Relief.
24     Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 I want the court to sue pelican Bay state prison for Being cor-
27 upt and not taking my safety concerns information
28 on 10-4-07 for $100.000 and place the money in my personal

COMPLAINT                        - 3 -

1  account so a-won Lawsuit will help stop pelican Bay
2  staff From treating inmates any kind of way, and Better Like
3  they should have done in my ~~xxx~~ situation

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Richard Huff_ day of _January 22_, 20_08_

_Richard C. Huff_
(Plaintiff's signature)

COMPLAINT                                      - 4 -

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 00.58
JAN 23 2008
MAILED FROM ZIP CODE 95531

Office of the clerk U.S. District Court
northern District of California
450 Golden Gate Ave
Box 36060
San Francisco, CA 94102

HUFF, Richard E-61176
PBSP
P.O. Box 7500
Crescent City, CA 95531

RECEIVED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA