FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard C. Huff, Plaintiff,

vs.

Robert A. Horel, Defendant.

CASE NO. CV 08 0761 VRW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Richard C. Huff, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: N/A

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I never had a Job. I came to Jail when I was 17-years
5  old in 1989 Dec 5th.
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,             Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                         Yes ___ No ✓
14     d.   Pensions, annuities, or                Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,     Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  mother - Tedy Lewis - I'm Locked up, so I don't have the
6  Support
7  5.  Do you own or are you buying a home?      Yes ___  No ✓
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.  Do you own an automobile?      Yes ___  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___  No ✓  If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___  No ✓  Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No ✓
20 _____
21 8.  What are your monthly expenses?  N/A
22 Rent: $ _____  Utilities: _____
23 Food: $ _____  Clothing: _____
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 _____  $ _____  $ _____
27 _____  $ _____  $ _____
28 _____  $ _____  $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  ___no others debts_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  1-22-08                             _Richard C. _____
17     DATE                             SIGNATURE OF APPLICANT

- 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Richard C. Hupp__ for the last six months
[prisoner name]
__Pelican Bay State Prison__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __100.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __37.00__.

Dated: __1-22-08__                    _____
                                       [Authorized officer of the institution]