Date: _____

Read-please

TO: office of the clerk U.S. District Court

My name is Richard C. Huff, and I'm housed at Pelican Bay State Prison in the hole awaiting transfer, hopefully, I'm in a life in danger ment situation. I don't have any funds, and I really need my case to be tooken care of. It's very important to me, and it's the only thing that I have left in this world to safe me from any more situation like the one I'm in, and it can really help my protective-custody process as well. So if you could find it in your heart to process my case. It would be so helpful to me, and every-thing is true I a-sure you. I would go to court in a heart beat, and tell every thing I no about the system inside these walls. I no so much a book could be worte, and thats no lie. I'm not the smartest man, but I no right from wrong, and the staff at Pelican Bay State Prison are ~~that doing~~ treating me wrong in every way when it comes to my case. Thanks for reading, and please write me back, and let me no what you can do for me, or if you could refer me to somebody that could help me out of a serious situation. I've been locked up sense 1989 Dec 5th sense I was 17-years old im going on 36, January the 26th of 2008. This is my first complaint that I've every had to write in my life, so if I did any thing wrong please tell me what to do to make it right. ~~thanks~~ thanks for your time. If I have to write some-thing over you will have to send me some more Title 42 U.S.C 1983 forms and explane ok. Enjoy the rest of your day and thanks again for being so kind to me. I'm also Black and it a lot of institutional racism going on near at pelican bay.

Respectfully
Richard C. Huff

I have proof of all the steps I've tooken and I've exhaust all the remedies that this prison would let me exhaust staff stop answering after the first first level my case was but passed whenever you need to see proof let me no please~!

← important

*Just something I want you to be aware of* ↓

# Pelican Bay
*this was printed in 1990*
# Information Project

PBIP Note: While accepting that plaintiff's attorneys did a brilliant presentation on behalf of prisoner-plaintiffs at Pelican Bay State Prison during the approximately four months of trial and two years of preparations, the PBIP would insist that the issue of institutional racism be introduced as part of the initial complaint and as set forth by the PBIP in its prepatory amicus letter to the court. Pelican Bay State Prison, we believe, operates on institutionalized racism from which arises many of the injustices and injuries committed. Because of this racism, human rights violations are perpetuated with impunity and ultimately become institutionalized under the cloak and color of official policy that is per se grossly discriminatory. We believe that because all the attorneys in Madrid were White, the subject of race was an uncomfortable subject and [they] were convinced that it did not fit into their agenda or could be argued as a matter of law. We felt otherwise. We thank the attorneys for their past cooperation with us and can only hope they will continue to help the prisoners at Pelican Bay Prison who tell us that things continue to worsen there, suit or no suit.

*I have a copy of my 602 that I wrote on the warden & my lock up order. I also have a copy of the letter my mother wrote to the warden and the warden's response.*