IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD C HUFF, | ) | |
| | ) | |
| Plaintiff(s), | ) | No C 08-0761 VRW (PR) |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| ROBERT A HOREL, | ) | (Doc # 2) |
| | ) | |
| Defendant(s). | ) | |
| ———————————————— | ) | |

      This civil rights action by a prisoner was filed on January 31, 2008.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 USC § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

      More than 120 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so.  Plaintiff's incomplete in forma pauperis application (doc # 2) is DENIED and the action is DISMISSED without prejudice.

      The clerk shall close the file and terminate all pending motions as moot.

      SO ORDERED.

————————————————————
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Huff, R1.dismissal.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

Huff,

                Plaintiff,

   v.

Horel, et al,

                Defendant.

                           /

Case Number: C08-0761 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard C. Huff E-84710
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*